Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Arizona Natural Resources Products, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-5336373** |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **930 Brown Street**<br>**Snowflake, AZ 85937**<br>Number, Street, City, State & ZIP Code | **18521 E. Queen Creek Rd.**<br>**Bldg 105, Suite 619**<br>**Queen Creek, AZ 85142**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Navajo**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Arizona Natural Resources Products, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Case 2:17-bk-06098-BMW    Doc 1    Filed 05/31/17    Entered 05/31/17 15:48:53    Desc
Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2
    Main Document    Page 2 of 8

| Debtor | Arizona Natural Resources Products, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Arizona Natural Resources Products, LLC**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 31, 2017**
MM / DD / YYYY

X **/s/ Joseph Cook**                 **Joseph Cook**
Signature of authorized representative of debtor    Printed name

Title **Personal Representative of Estate of Allan Kauffman**

**18. Signature of attorney**

X **/s/ Pernell W. McGuire**        Date **May 31, 2017**
Signature of attorney for debtor            MM / DD / YYYY

**Pernell W. McGuire**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone **(480) 733-6800**    Email address **azbankruptcy@davismiles.com**

**015909**
Bar number and State

Official Form 201    Case 2:17-bk-06098-BMW    Doc 1    Filed 05/31/17    Entered 05/31/17 15:48:53    Desc    page 4
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**
Main Document    Page 4 of 8

Fill in this information to identify the case:
Debtor name: **Arizona Natural Resources Products, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| APS<br>P.O. Box 2906<br>Phoenix, AZ 85062-2906 | | | | | | $1,805.96 |
| Arizona Dept. of Environmental Quality<br>PO BOX 18228<br>Phoenix, AZ 85005 | | | | | | $6,090.00 |
| Equusstock, LLC<br>8179 Starwood Drive<br>Suite # 1<br>Loves Park, IL 61111 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Merchants Capital Access<br>525 Broadhollow Road<br>Melville, NY 11747 | | | Contingent | | | $134,836.66 |
| OnDeck<br>c/o Equipment Leasing Services<br>9977 N. 95th Street, Suite 110<br>Scottsdale, AZ 85258 | | | Contingent | | | $133,907.55 |
| Prime Alliance Bank Inc.<br>c/o Michael F. Christensen<br>68 So. Main, Floor 6<br>Salt Lake City, UT 84101 | | | Contingent | | | $1,295,594.94 |

| Debtor | Arizona Natural Resources Products, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prime Alliance Bank Inc.** c/o Michael F. Christensen 68 So. Main, Floor 6 Salt Lake City, UT 84101 | | | **Contingent** | | | $130,000.00 |
| **Tracy Wilson** 1715 Apringer Mountain Lakeside, AZ 85929 | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **WMATCO, LLC** PO BOX 29650 Phoenix, AZ 85038-9650 | | | **Contingent Unliquidated Disputed** | | | $0.00 |

Arizona Natural Resources Products, LLC -

APS
P.O. BOX 2906
PHOENIX AZ 85062-2906

ARIZONA DEPT. OF ENVIRONMENTAL QUALITY
PO BOX 18228
PHOENIX AZ 85005

EQUUSSTOCK, LLC
8179 STARWOOD DRIVE
SUITE # 1
LOVES PARK IL 61111

MERCHANTS CAPITAL ACCESS
525 BROADHOLLOW ROAD
MELVILLE NY 11747

ONDECK
C/O EQUIPMENT LEASING SERVICES
9977 N. 95TH STREET, SUITE 110
SCOTTSDALE AZ 85258

PRIME ALLIANCE BANK INC.
C/O MICHAEL F. CHRISTENSEN
68 SO. MAIN, FLOOR 6
SALT LAKE CITY UT 84101

TRACY WILSON
1715 APRINGER MOUNTAIN
LAKESIDE AZ 85929

WMATCO, LLC
PO BOX 29650
PHOENIX AZ 85038-9650

In re  **Arizona Natural Resources Products, LLC**      Case No.
                                        Debtor(s)       Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Arizona Natural Resources Products, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 31, 2017** | **/s/ Pernell W. McGuire** |
| Date | **Pernell W. McGuire 015909** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Arizona Natural Resources Products, LLC** |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800 Fax:(480) 733-3748** |
| | **azbankruptcy@davismiles.com** |